# BRADLEY LAW FIRM

A PROFESSIONAL CORPORATION

MICHAEL D. BRADLEY
ATTORNEY AND COUNSELOR AT LAW

2 PARK AVENUE, 20TH FLOOR
NEW YORK, NY 10016
(212) 235-2089
FAX: (212) 878-8819
MBRADLEY@BRADLEYLAWFIRMPC.COM

February 28, 2023

**By ECF**
Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

*This renewed request for temporary release is denied for the reasons already explained.*
*So ordered.*
*John G. Koeltl*
*U.S.D.J.*
*2/28/24*

     ***Re:***    ***United States v. Christopher Scott***
            **23 Cr. 611 (JGK)**

Dear Judge Koeltl:

    I represent Christopher Scott in the above-referenced matter. He is currently detained at Metropolitan Detention Center – Brooklyn (MDC). On February 27, 2024, the Court denied Mr. Scott's previous request for bail modification (ECF No. 20). I write to amend my previous letter motion (ECF No. 17) to propose that Mr. Scott be transported to his grandmother's funeral in the custody of the US Marshals and be returned to detention by the Marshals immediately thereafter. We submit that this modification would address the Court's concerns. The government opposes this request. A proposed order is attached for the Court's convenience.

    We appreciate the Court's continued time and attention to this matter.

Respectfully submitted,

Michael D. Bradley
*Attorney for Christopher Scott*

cc:    AUSA Meredith Foster (*via ECF*)