UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
UNITED STATES OF AMERICA

                                                                          23 cr 611 (JGK)

      -against-

                                                                         **SPEEDY TRIAL ORDER**

CHRISTOPHER SCOTT,

                      Defendant.
------------------------------------------------------------------X

**JOHN G. KOELTL, DISTRICT JUDGE:**

      The parties are directed to appear for a conference on **Wednesday, May 1, 2024, at 3:00pm**, before the Honorable John G. Koeltl.

      Because the additional time to schedule a conference in this matter is due to the unavailability of the parties, the Court prospectively excludes the time from today until **May 1, 2024** in calculating the speedy trial date under 18 U.S.C. § 3161 because the ends of justice served by ordering such a continuance outweigh the best interest of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

                                                                     JOHN G. KOELTL
                                                        UNITED STATES DISTRICT JUDGE

Dated: New York, New York
        April 25, 2024