UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- against -   23-cr-611 (JGK)

CHRISTOPHER SCOTT,   ORDER

Defendant.

---

JOHN G. KOELTL, District Judge:

The trial in this matter is scheduled for **October 8, 2024,** at **9:00 a.m.**

Because a continuance is needed to assure effective assistance of counsel, time for the defendant to make motions and for the Court to decide them, and time for the parties to prepare for trial, the Court prospectively excludes the time from today, **May 15, 2024,** until **October 8, 2024,** from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendant and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated:  New York, New York
        May 15, 2024

/s/ John G. Koeltl
John G. Koeltl
United States District Judge