UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

        - against -

CHRISTOPHER SCOTT,

                     Defendant.

23-cr-611 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The time for the defendant to file any motions is **July 15, 2024.** The Government should respond by **July 26, 2024.** The defendant should reply by **August 2, 2024.** The parties are directed to appear for a hearing on the motions on **September 10, 2024,** at **10:00 a.m.**

    Notice of Rule 404(b) evidence is due on **September 4, 2024.** The parties should file any requests to charge, motions in limine, and voir dire requests by **September 9, 2024.** Responses and objections are due by **September 17, 2024.**

    The parties are directed to appear for a final pre-trial conference on **October 3, 2024,** at **10:00 a.m.** The trial in this matter is set for **October 8, 2024,** at **9:00 a.m.**

SO ORDERED.

Dated:    New York, New York
            May 15, 2024

                              John G. Koeltl
                   United States District Judge