

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

September 4, 2024

**BY ECF**

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

**APPLICATION GRANTED**
**SO ORDERED**

*[signature]*
John G. Koeltl, U.S.D.J.

9/5/24

**Re:   *United States v. Christopher Scott*, 23 Cr. 611 (JGK)**

Dear Judge Koeltl:

The Government writes on behalf of the parties to jointly request a slight change to the schedule for pretrial filings in this matter. Please find below the current schedule and the new schedule proposed by the parties. This change would not affect the trial date.

| Event/Deadline | Current Date | Requested New Date |
|---|---|---|
| Hearing on Defendant's Motion to Dismiss Pursuant to the Second Amendment | September 10, 2024, at 10 am | No change |
| Requests to Charge, Motions in Limine, Voir Dire Requests | September 9, 2024 | September 12, 2024 |
| Responses and Objections | September 17, 2024 | September 18, 2024 |
| Final Pretrial Conference | October 3, 2024, at 10 am | No change |
| Trial | October 8, 2024, at 9 am | No change |

Respectfully submitted.

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: *[signature]*

James Mandilk / Meredith Foster
Assistant United States Attorneys
Tel.: (212) 637-2453 / -2310

cc:   Michael Bradley, Esq. (via ECF)