UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- against -

CHRISTOPHER SCOTT,
                              Defendant.

23-cr-611 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The sentencing is scheduled for **December 17, 2024**, at **11:30 p.m.** Defense submissions in connection with the sentence are due **December 3, 2024.** The Government submissions are due **December 9, 2024.**

SO ORDERED.
Dated:    **New York, New York**
          **September 17, 2024**

John G. Koeltl
United States District Judge