UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
UNITED STATES OF AMERICA :
:
-v- :
: [~~PROPOSED~~] **REVISED**
: **SCHEDULING ORDER**
CHRISTOPHER SCOTT, :
: 23-cr-611 (JGK)
Defendant. :
------------------------------------------------------------X

**JOHN G. KOELTL, District Judge:**

WHEREAS, upon the defendant's motion, and with the consent of the Government, **IT IS HEREBY ORDERED THAT**:

The defendant's sentencing is adjourned from December 17, 2024, to _January 14, 2025_ at _10:00 a.m._. Defense submissions in connection with the case are due 14 days prior to the sentencing date, on _December 31, 2024_. The Government submissions are due 8 days prior to the sentencing date, on _January 6, 2025_.

**SO ORDERED.**

Dated:   New York, New York
         December _6_, 2024

_____
John G. Koeltl
United States District Judge