UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

- against -

CHRISTOPHER SCOTT,
                Defendant.

23-cr-611 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The Court has received the Government's letter dated January 3, 2025, but has not yet received the surveillance footage, referred to as Exhibits A and B.

    The Government's sentencing submission is due **January 6, 2025**, and should be submitted no later than **3:00 p.m.**

    The Court will proceed with the Fatico hearing on **January 7, 2025, at 10:30 a.m.**, If the parties have no evidence to present other than the surveillance videos, they can explain why that evidence supports their respective positions with respect to the appropriate Sentencing Guidelines.

    Sentencing remains scheduled for **January 14, 2025, at 10:00 a.m.**

SO ORDERED.
Dated:    New York, New York
           January 3, 2025

                                        John G. Koeltl
                                United States District Judge