UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    - against -

CHRISTOPHER SCOTT,
                Defendant.

23-cr-611 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    At the sentencing hearing on January 14, 2025, the Court pronounced forfeiture of the ammunition described in Count One of the Indictment and of the firearm described in Count Two of the Indictment. However, the Government's proposed Preliminary Order of Forfeiture includes only the firearm described in Count Two of the Indictment. That is correct because the Indictment did not seek forfeiture of the ammunition described in Court One of the Indictment. The Court therefore vacates the pronouncement of forfeiture at the sentencing hearing for the ammunition described in Count One of the Indictment and will sign the Government's Preliminary Order of Forfeiture for the firearm described in Count Two of the Indictment.

SO ORDERED.
Dated:    New York, New York
          January 23, 2025

                                                   John G. Koeltl
                                          United States District Judge