**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

November 19, 2026

**BY ECF**
The Honorable John G. Koeltl
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

The schedule is adopted.
So ordered.
John G. Koeltl
11/20/26 U.S.D.J.

**Re: *United States v. Christopher Scott*, 23 Cr. 611 (JGK)**

Dear Judge Koeltl:

The Government, having consulted with the defense, respectfully submits this letter containing a proposed schedule for the filing of the parties' post-Hearing submissions, as directed by the Court in the November 17, 2026 Hearing. In particular, the parties' proposed schedule is as follows:

- The Government will file its Proposed Findings of Fact and Conclusions of Law on or before December 28, 2026;
- The defense will file its response on or before January 11, 2026; and
- The Government will file any reply on or before January 18, 2026.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

by: ____________________
Nicholas M. Mendez
Meredith C. Foster
Assistant United States Attorneys
(212) 637-0903
(212) 637-2310

Cc: Michael Bradley, Esq., Counsel for the Defendant (by ECF)